AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

United States of America
v.

Mwasi Songambele

)
)
)
)
)
)
)

Case: 1:26-mj-00084
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 5/8/2026
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    Mwasi Songambele                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1347 (Health Care Fraud)

Date:     05/08/2026

_____
*Issuing officer's signature*

City and state:          Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)*  5/8/26 | , and the person was arrested on *(date)*  5/11/26 |
| at *(city and state)*  Baltimore, MD | |
| Date:  5/11/26 | |
| | *Arresting officer's signature* |
| | SA Darell Condela, FBI |
| | *Printed name and title* |